



FILED

FEB 1 4 2007

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                              )     Case No. ~~06-4663-C-7~~ 06-24663-C-7
                                   )
RICK GALINDO,                      )     MC No. JMP-1
                                   )
             Debtor.               )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION FOR RELIEF FROM AUTOMATIC STAY NOT INTENDED FOR
PUBLICATION**

These findings of fact and conclusions of law, which are
not intended for publication, are rendered in this contested
matter pursuant to Federal Rule of Civil Procedure 52 as
incorporated by Federal Rules of Bankruptcy Procedure 7052 and
9014.

<u>Jurisdiction</u>

Jurisdiction is founded upon 28 U.S.C. § 1334.  This is
a core proceeding.  28 U.S.C. § 157(b)(2)(G).

<u>Findings of Fact</u>

Debtor filed his voluntary chapter 7 petition on
November 8, 2006.  He scheduled real property commonly known as



10429 Forest Ridge Court, Stockton, CA 95209 ("property") as property of the estate.  The first meeting of creditors was held on December 7, 2006.  The chapter 7 trustee filed a report finding that there is no property available for distribution from the estate over and above that exempted by the debtor. Debtor was discharged from all dischargeable debts on February 7, 2007.

On January 22, 2007, EMC Mortgage Corporation ("movant") filed a motion, notice, and declaration requesting that this court vacate the automatic stay to permit movant to foreclose upon the property.  The fair market value of the property is approximately $479,000.00.  Movant has a lien on the property in the approximate amount of $438,864.24.  There are other liens against the property in the approximate amount of $53,000.00.

No opposition to the motion was filed within the time prescribed by Local Bankruptcy Rule 9014-1(f)(1).  The parties have consented to taking evidence by affidavit and have not demonstrated that there is any disputed material factual issue. See L. Bankr. R. 9014-1(f)(1).  The evidentiary record is closed.  Id.

Upon review of the record, the court determined that the written record was adequate and that no oral argument is necessary.

Conclusions of Law

The automatic stay of acts against debtor in personam expires when the debtor is granted a discharge.  11 U.S.C.

§ 362(c)(2)(C).  Acts against property of the estate remain stayed until the earliest of the time when the bankruptcy case is closed, dismissed, or the property ceases to be property of the estate.  11 U.S.C. § 362(c).  The automatic stay may be terminated earlier if debtor fails to protect the secured party's interest adequately, § 362(d)(1), and, with respect to a stay of an act against property, debtor does not have equity in the property, § 362(d)(2)(A), and the property is not necessary to an effective reorganization.  11 U.S.C. § 362(d)(2)(B).  The issue of whether the property is necessary to an effective reorganization is not considered in a chapter 7 case because no reorganization is contemplated in a chapter 7 case.

Although the debtor does not appear to have any equity in the property, since the debtor was granted a discharge, the automatic stay has expired as to the debtor.  Thus, the motion insofar as it is directed at the interest of the debtor is moot and will be denied.

However, the motion will be granted as to the interest of the trustee.

An appropriate order will issue.

Dated: February 14, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

1

## CERTIFICATE OF SERVICE

2

3          On the date indicated below, I served a true and
correct copy(ies) of the attached document by placing said
copy(ies) in a postage paid envelope addressed to the person(s)
4    hereinafter listed and by depositing said envelope in the
United States mail or by placing said copy(ies) into an
5    interoffice delivery receptacle located in the Clerk's Office.

6

7    Rick Galindo
10429 Forest Ridge Court
Stockton, CA 95209

8

9    Dan Nelson, Esq.
P.O. Box 1770
Stockton, CA 95201

10

11   JaVonne M. Phillips, Esq.
Jenny Judith Ha, Esq.
McCarthy & Holthus, LLP
12   1770 Fourth Avenue
San Diego, CA 92101

13

14   Michael D. McGranahan
P.O. Box 5018
Modesto, CA 95352

15

16   Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
17   Sacramento, CA 95814

18

19      Dated: 2/15/07

20

21   _____
                  Deputy Clerk

22

23

24

25

26

27

28